JAMES R. OLSON
Nevada Bar No. 116
THOMAS D. DILLARD
Nevada Bar No. 6270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone:   (702) 384-4012
Facsimile:   (702) 383-0701

BRIAN P. KAVANAUGH
WILLIAM E. ARNAULT
CAITLIN A. KOVACS
Admitted *Pro Hac Vice*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Attorneys for Defendant Trustwave Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AFFINITY GAMING, a Nevada corporation,<br><br>                         Plaintiff,<br><br>     vs.<br><br>TRUSTWAVE HOLDINGS, INC., a Delaware corporation,<br><br>                         Defendant. | **Case No.: 2:15-cv-02464**<br><br>**JOINT STATUS REPORT** |

COME NOW, Plaintiff and Defendant, by and through their counsel of record, and submit to this Court the Joint Status Report in accordance with the Federal Rules of Civil Procedure and Local Rule 26-3, and pursuant to the Court's November 23, 2016 minute order [ECF 55].

The parties anticipate that the settlement agreement will be finalized and executed within

five (5) business days.  Once the settlement has been executed, the parties will apprise the Court of the date by which they will file the stipulation of dismissal.

DATED this 6th day of December, 2016.

| | |
|---|---|
| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI | STEIN, MITCHELL, CIPOLLONE, BEATO & MISSNER LLP |
| By: ___/s/ *James R. Olson*___<br>James R. Olson, Esq.<br>Nevada Bar No. 116<br>Thomas D. Dillard, Jr., Esq.<br>Nevada Bar No. 6270<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 | By: ___*/s/ Robert Gilmore*___<br>Jonathan L. Missner, Esq. (*pro hac vice*)<br>Robert B. Gilmore, Esq. (*pro hac vice*)<br>1100 Connecticut Avenue, Ste. 1100<br>Washington, D.C. 20036 |
| -and- | -and- |
| KIRKLAND & ELLIS LLP<br>Brian P. Kavanaugh (*pro hac vice*)<br>William E. Arnault (*pro hac vice*)<br>Caitlin A. Kovacs (*pro hac vice*)<br>300 North LaSalle<br>Chicago, IL 60654 | REID RUBINSTEIN & BOGATZ<br>Scott Bogatz, Esq.<br>Nevada Bar No. 3367<br>Charles M. Vlasic III, Esq.<br>Nevada Bar No. 11308<br>300 South Fourth Street, Suite 830<br>Las Vegas, NV 89101 |
| *Attorneys for Defendant, Trustwave Holdings, Inc.* | *Attorneys for Plaintiff, Affinity Gaming* |

**IT IS ORDERED** that the parties shall have until December 14, 2016, to file a status report confirming that the settlement agreement has been signed, and indicating when the stipulation to dismiss will be filed.

Dated: December 13, 2016

_____
Peggy A. Leen
United States Magistrate Judge